**Leo J. DOLAN, Jr. and Cherie M. Dolan, H/W,**

v.

**HURD MILLWORK COMPANY, INC.,** Bentley Homes, Ltd., Garvin Mitchell Corporation, Chadwell Associates, L.P., Chadwell Realty, Inc., Harrison Community Association,

Petition of: Leo J. Dolan, Jr.

No. 168 MAL 2017

Supreme Court of Pennsylvania.

September 11, 2017

## ORDER

PER CURIAM

**AND NOW,** this 11th day of September, 2017, the Petition for Allowance of Appeal is **GRANTED LIMITED TO** the issues set forth below. Allocatur is DENIED as to all remaining issues. The issues, rephrased for clarity, are:

(1) What is the proper role of an appellate court in reviewing a non-jury decision where it deems the Pa. R.A.P. 1925(a) opinion inadequate but the trial judge is no longer available to provide a supplemental opinion?

(2) If the appellate court is required to reach the merits of the trial court's decision, what are the appropriate scope and standard of review?